CHARLES M. AIKMAN, Respondent, *v.* WAHNETAH SILK COMPANY, Appellant.

*Aikman* v. *Wahnetah Silk Co.*, 120 App. Div. 884, affirmed.
(Argued April 23, 1908; decided May 19, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 10, 1907, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged breach of contract.

*Ralph Royall* for appellant.

*William B. Hurd, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, HISCOCK and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.